**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**THOMAS HORN**                                                      **PLAINTIFF**

**V.**                                      **NO. 4:11CV110-P-A**

**EMMITT SPARKMAN, et al.,**                                   **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the opinion issued this day, the instant cause is DISMISSED failure to state a claim. This matter is CLOSED.

IT IS SO ORDERED.

THIS the 14th day of October, 2011.

                                                  /s/ W. Allen Pepper, Jr.
                                                  W. ALLEN PEPPER, JR.
                                                  UNITED STATES DISTRICT JUDGE