IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

THOMAS HORN                                                                          PLAINTIFF

V.                                                                              NO. 4:11CV110-P-A

EMMITT SPARKMAN, et al.,                                                         DEFENDANTS

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is DISMISSED failure to state a claim.  This matter is CLOSED.

IT IS SO ORDERED.

THIS the 14th day of October, 2011.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE